UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD BRADDY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DRUG ENFORCEMENT AGENCY, *et al.*,<br><br>　　　　Defendants. | No. SACV 17-1980 SVW (KS)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire record in this action and the attached Report and Recommendation of United States Magistrate Judge ("Report"). No objections to the Report have been filed. Good cause appearing, the Court concurs with and accepts the findings of fact, conclusions of law, and recommendations contained in the Report.

IT IS ORDERED that plaintiff's claims against Orange County Sheriff's Department are dismissed with prejudice.

DATED: June 2, 2020

　　　　　　　　　　　　　　　　　　　　　/s/ Stephen V. Wilson
　　　　　　　　　　　　　　　　　　　　　STEPHEN V. WILSON
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE