UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No.  SACV 17-1980-SVW (KS)                                          Date: June 5, 2020

Title  *Reginald Braddy v. Drug Enforcement Agency et al*

Present: The Honorable:   Karen L. Stevenson, United States Magistrate Judge

| Gay Roberson | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL**

On November 7, 2016, Plaintiff, a federal prisoner proceeding *pro se* and *in forma pauperis*, commenced this action seeking the return of property under Federal Rule of Criminal Procedure 31.  (Dkt. No. 1.)  On January 31, 2018, the Court dismissed the Complaint with leave to amend for failure to state a claim.  (Dkt. No. 9.)  The Court similarly dismissed Plaintiff's First and Second Amended Complaints.  (Dkt. Nos. 10, 11, 12, 14.)  On October 11, 2018, the Court directed service of Plaintiff's Third Amended Complaint (the "TAC"), which is now the operative pleading.  (Dkt. No. 20, 22-24.)  On May 14, 2019, one of the defendants, the Orange County Sheriff's Department, filed a Motion to Dismiss the TAC.  (Dkt. No. 51.)  Plaintiff subsequently filed a Motion for Leave to Amend the TAC in conjunction with an Opposition to the Motion to Dismiss.  (Dkt. No. 61.)  A second defendant, the United States Drug Enforcement Administration ("DEA"), filed an Answer to the TAC on September 5, 2019.  (Dkt. No. 63.)

On March 13, 2020, the Court issued a scheduling order directing the parties to, *inter alia*, complete all discovery on or before October 13, 2020 and to file status reports no later May 13, 2020.  (Dkt. No. 69.)  Defendants DEA and Orange County Sheriff's Department filed status reports on May 11 and May 12, 2020 respectively.  (Dkt. Nos. 71, 74.)  On June 2, 2020, the Court granted Defendant Orange County Sheriff's Department's Motion to Dismiss, denied Plaintiff's Motion for Leave to Amend, and dismissed Plaintiff's claims against that defendant with prejudice.  (Dkt. No. 75; *see also*  Dkt. No. 65.)

To date, the Court has received no status report or other communication from Plaintiff concerning this case since the Court's March 13, 2020 scheduling order was filed.  More than three weeks have now passed since Plaintiff's deadline for filing a status report.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  SACV 17-1980-SVW (KS)                                                    Date: June 5, 2020

Title  _Reginald Braddy v. Drug Enforcement Agency et al_

Pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, the Court may dismiss a civil action if the plaintiff "fails to prosecute or to comply with these rules or a court order." However, in the interests of justice, the Court elects not to dismiss this case at this time, and instead Plaintiff is **ORDERED TO SHOW CAUSE on or before June 26, 2020** why the Court should not recommend dismissal for failure to prosecute and comply with court orders.

**If Plaintiff wishes to proceed with this action, he may discharge this Order by filing a status report that complies with the Court's scheduling order.** For Plaintiff's convenience, the Clerk is directed to send Plaintiff copies of the Court's March 13, 2020 scheduling order (Dkt. No. 69) and Defendant DEA's status report (Dkt. No. 71).

Alternatively, if Plaintiff does not wish to pursue this action, he may file a document entitled "Notice Of Dismissal" pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

**Plaintiff is advised that his failure to timely comply with this order may result in the dismissal of his case pursuant to Rule 41(b) of the Federal Rules of Civil Procedure and Local Rule 41-1.**

|  | : |
|---|---|
| **Initials of Preparer** | gr |