JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD BRADDY,<br><br>    Plaintiff,<br><br>v.<br><br>DRUG ENFORCEMENT ANGECY,<br><br>    Defendants. | NO. SACV 17-1980-SVW (KS)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting In Part the Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that Plaintiff's claims for $26,694.00 and $36,590.00 are DISMISSED with prejudice, and Plaintiff's claim for the two phones is DISMISSED without prejudice.

DATED: March 8, 2021

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE